PUBLIC EMPLOYEES' RETIREMENT
ASSOCIATION OF COLORADO,
Petitioner,

v.

Rose M. RIGGS and Leslie E.
Riggs, Respondents.

No. 90SC176.

Supreme Court of Colorado,
En Banc.

July 23, 1990.

Petition for Writ of Certiorari DENIED.